FILED

08/26/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0670

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0670

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

MATTHEW DOUGLAS WEBB,

      Respondent and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including September 25, 2020, within which to prepare, serve, and file its response brief.

MPD

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 26 2020